**IN THE UNITED STATES DISTRICT COURT**
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYNN BRANNON,

        Plaintiff,

   v.

BANYAN MEDICAL SYSTEMS, LLC, a
Foreign Limited Liability Company.,

        Defendant.

Case No.: 8:24-cv-96

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant Banyan Medical Systems, LLC, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this case from the Circuit Court of the 13th Judicial in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida. As grounds for removal, and for no other purpose, Defendant states as follows:

1. On December 4, 2023, Plaintiff Lynn Brannon filed her Complaint and Demand for Jury Trial in the Circuit Court of the 13th Judicial in and for Hillsborough County, Florida against Defendant, in an action captioned as *Lynn Brannon v. Banyan Medical Systems, LLC, a Foreign Limited Liability Company*, Case No. 23CA016975 ("Circuit Court Action").

2. On December 21, 2023, Defendant was served with the Summons and a copy of the Complaint via personal service.

3. The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is January 10, 2024.

4. This Notice of Removal is timely under 28 U.S.C. § 1446(b), as it is being filed within thirty days after Defendant was served with a copy of Plaintiff's Complaint, and the time

within which Defendant is required to answer or otherwise respond to Plaintiff's Complaint has not expired.

5.     This Court has original jurisdiction over this matter because Plaintiff's claims present a federal question.  Specifically, in her Complaint, Plaintiff alleges, among other things, a violation under 42 U.S.C. § 1981 ("Section 1981").  Section 1981 is a law of the United States, and this Court has original jurisdiction over Plaintiff's Section 1981 claim pursuant to 28 U.S.C. § 1331.

6.     Pursuant to 28 U.S.C. § 1441, removal of this action is proper, without regard to the citizenship or residence of the parties, because the Court has original jurisdiction over Plaintiff's claim arising under Section 1981.

7.     This Court also has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367, as the state law claims are so related to Plaintiff's federal law claim they form part of the same case or controversy.

8.     This Court is the District Court of the United States for the judicial district embracing the place where the state court action is pending.

9.     Pursuant to 28 U.S.C. § 1446(a) and Local Rule 1.06(b), this Notice of Removal is accompanied by **Exhibit A**, which contains legible copies of each paper docketed in the state court:

> **Exhibit A-1**: Civil Cover Sheet
>
> **Exhibit A-2**: Complaint
>
> **Exhibit A-3**: Request for Division Assignment (E-Filing)
>
> **Exhibit A-4**: E-Filed Request for Summons to be Issued
>
> **Exhibit A-5**: General Differentiated Case Management Order
>
> **Exhibit A-6**: E-Filed Summons Issued

**Exhibit A-7**: Affidavit of Service Returned Served

10.     Pursuant to 28 U.S.C. § 1446(d), written notice of this Notice of Removal will be given to all parties, and a copy of this Notice of Removal will be filed with the Clerk of the 13th Judicial in and for Hillsborough County, Florida.  A copy of the Notice of Filing Notice of Removal to be filed in the 13th Judicial in and for Hillsborough County, Florida, without attachments noted therein, is attached hereto as **Exhibit B**.

WHEREFORE, this Court has original jurisdiction of this action by reason of federal question pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction pursuant to 28 U.S.C. § 1367. Defendant Banyan Medical Systems, LLC respectfully gives notice that the action now pending in the 13th Judicial in and for Hillsborough County, Florida, captioned *Lynn Brannon v. Banyan Medical Systems, LLC, a Foreign Limited Liability Company.*, Case No. 23CA016975, is removed to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. § 1441.

Dated this 10th day of January, 2024.

BANYAN MEDICAL SYSTEMS, LLC,
Defendant


By   *s/ Joseph A. Brown*
Joseph A. Brown
Florida Bar No. 25765
Marcia A. Washkuhn (application for special admission forthcoming)
Kathryn E. Jones (application for special admission forthcoming)
KUTAK ROCK LLP
107 W College Ave
Tallahassee, FL 32301
Telephone: (850) 692-7300
Fax: (850) 692-7319
joseph.brown@kutakrock.com
marcia.washkuhn@kutakrock.com
kate.jones@kutakrock.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy of the same upon the following attorneys representing parties to this action via first class, United States Mail, postage prepaid:

Daniel H. Hunt, Esq.
PO Box 565096
Miami, FL 33256

*s/ Joseph A. Brown*
Joseph A. Brown